UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORGE RUBIO MONTERO,<br><br>        Defendant. | NO.   CR-06-2121-RHW-6<br><br>**ORDER RESERVING RULING<br>ON DEFENDANT'S MOTIONS** |

Before the Court are Defendant's Motion to Withdraw Plea (Ct. Rec. 979) and Motion to Continue Sentencing (Ct. Rec. 996). The Court reserves ruling on both motions until after the hearing set for January 25, 2011. If the Court denies Defendant's Motion to Withdraw Plea, the Court will proceed with sentencing on January 25, 2011.

Accordingly, **IT IS HEREBY ORDERED** that the Court **reserves ruling** on Defendant's Motion to Withdraw Plea (Ct. Rec. 979) and Motion to Continue Sentencing (Ct. Rec. 996).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to counsel and U.S. Probation Office.

**DATED** this 19th day of January, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2006\06-2121 (Chiprez)\6 Montero\reserve.ord.wpd

**ORDER RESERVING RULING ON DEFENDANT'S MOTIONS** * 1