UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE RUBIO MONTERO,<br><br>    Defendant. | NO. CR-06-2121-RHW-6<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA** |

At a hearing on February 2, 2011, the Court granted Defendant's Motion to Withdraw Plea of Guilty (Ct. Recs. 979 and 999). This order memorializes that oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw Plea of Guilty (Ct. Recs. 979 and 999) is **GRANTED**.

2. Defendant's Motion to Continue Sentencing (Ct. Rec. 996) is **DENIED as moot.**

3. A jury trial is **set** for **May 9, 2011,** in Yakima, Washington. Counsel shall appear at 8:30 a.m. the first day of trial; jury selection shall begin at 9:00 a.m.

4. A pretrial conference is **set** for **April 19, 2011, at 11:00 a.m.** in Yakima, Washington.

///
///
///

**IT IS SO ORDERED.** The District Court Executive is directed to enter this **ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA**\*1

Order and to provide copies to counsel and U.S. Probation Office.

**DATED** this 4th day of February, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CRIMINAL\2006\06-2121 (Chiprez)\6 Montero\grant.withdraw.ord.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PLEA** * 2