UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE RUBIO MONTERO,<br><br>    Defendant. | NO.   CR-06-2121-RHW-6<br><br>**ORDER ON PENDING MOTIONS** |

On August 23, 2011, Defendant individually filed a Motion to Dismiss this case. The Court does not discern any cognizable basis for relief in the motion. The Defendant is informed that his best course is to communicate with the Court through his attorney.

Also pending is a Motion for a Telephonic Status Conference. The Court conducted a conference with the parties on August 31, 2011.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss (ECF No. 1049) is **DENIED.**

2. Defendant's Motion for Telephonic Status Conference (ECF No. 1052) is **DENIED, as moot.**

**DATED** this 13th day of September, 2011.

                *s/Robert H. Whaley*
                ROBERT H. WHALEY
                United States District Judge

Q:\aCRIMINAL\2006\06-2121 (Chiprez)\6 Montero\dismiss.ord.wpd

**ORDER ON PENDING MOTIONS**  * 1